# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Trinity Hospitals, Inc. and Trinity Health, Inc., | ) ) ) |
| Plaintiffs, | ) ) **ORDER RE ADMISSION** ) **PRO HAC VICE** |
| vs. | ) ) |
| The Markham Group, LLC, Bruce Sinclair, Christopher Todd Coon, and Doe No. 1, | ) ) ) ) |
| Defendants. | ) Case No. 1:17-cv-237 ) ) |

Before the court are motions for attorneys Andrew B. Brantingham and Meghan L. DesLauriers to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Andrew B. Brantingham and Meghan L. DesLauriers have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 3 and 4) are **GRANTED**. Attorneys Andrew B. Brantingham and Meghan L. DesLauriers are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2017.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge