# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Trinity Hospitals, Inc, and Trinity Health, Inc., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | Case No. 1-17-cv-237 |
| The Markham Group, LLC, Bruce Sinclair, Christopher Todd Coon, and Doe No. 1, | ) ) ) | |
| Defendants. | ) | |

The court previously entered a protective order in this matter, under which the party seeking to file discovery materials marked confidential by the opposing party must seek the court's leave to file those documents under seal. (Doc. No. 21). In accordance with that obligation, Plaintiffs Trinity Hospitals, Inc. and Trinity Health, Inc. previously filed a motion for leave to file a motion to compel under seal because the forthcoming motion to compel concerned materials marked confidential by the Defendants. (Doc. No. 28). The court granted and denied Trinity's motion in part. (Doc. No. 29). The court instructed Trinity to file its motion to compel, a redacted memorandum, and non-confidential materials without seal, which Trinity did. (Doc. Nos. 30, 32). The court further ordered Trinity to file an unredacted memorandum and confidential materials temporarily under seal, which Trinity also did. (Doc. Nos. 31, 33-51). The court required both parties to submit a response as to why the sealed documents should not be unsealed. Both parties have since responded and do not contest the unsealing of the documents currently sealed in this case. (Doc. Nos. 53, 57). Accordingly, the court **ORDERS** the Clerk of Court's Office to unseal Doc. Nos. 31, 33-51.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2018.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court