# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Trinity Hospitals, Inc., and <br> Trinity Health, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Markham Group, LLC, Bruce <br> Sinclair, Christopher Todd Coon, <br> and Doe No. 1, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** <br><br><br><br><br> Case No. 1:17-cv-237 |

On April 5, 2019, plaintiffs filed a "Motion to Extend Deadlines and Trial Date." The basis for their motion was that they were endeavoring to ascertain the identity of "Doe No. 1" and in so doing required additional time to review the extensive documents provided to them by the Markham Group, LLC, Bruce Sinclair, and Christopher Todd Coon.

On April 15, 2019, the court issued an order: (1) granting plaintiffs' motion; (2) cancelling the final pretrial conference and trial; (3) suspending all pretrial deadlines; and (4) directing plaintiffs to file a report by July 12, 2019, advising the court on the statue of their document review. On July 12, 2019, plaintiffs reported:

> [T]hey have now had time to digest the extensive documentation provided by the Markham Group to attempt to determine the other unnamed and unknown individuals who directed and were involved in the defamatory conduct. The one key witness who knows the identities and involvement of those who participated in the defamatory conduct is Christopher Coon, according to the documents. Mr. Coon, when first sued, responded and represented to us that he was unable to provide detailed information due to a non-disclosure agreement he signed with the Markham group. That non-disclosure agreement is no longer applicable and we have been diligently attempting to locate Mr. Coon. Unfortunately, Mr. Coon has left the United States and believed to be residing in Spain, per last known whereabouts. We are diligently continuing to attempt contact with Mr.

1

> Coon. We do have a telephone number and email address and have attempted on numerous occasions to communicate with him. At present, those attempts have been unsuccessful. We are continuing to try to track Mr. Coon down. Until we make contact with him, we are unable to determine the remaining unnamed Defendants.

(Doc. No. 4). They further requested additional time to conduct their search.

The court **GRANTS** plaintiffs' request. Plaintiff shall file another status report with the by November 15, 2019, advising the court of their efforts to locate Mr. Coon and determine the identity of "Doe No. 1."

**IT IS SO ORDERED.**

Dated this 15th day of July, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court