# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Trinity Hospitals, Inc., and <br> Trinity Health, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Markham Group, LLC, Bruce <br> Sinclair, Christopher Todd Coon, <br> and Doe No. 1, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** <br><br><br><br><br> Case No. 1:17-cv-237 |

On November 15, 2019, plaintiffs filed a report advising the court on the status of their efforts to locate Mr. Coon and ascertain the identity of "Doe No. 1." They also requested additional time to conduct their search.

The court **GRANTS** plaintiffs' request (Doc. No. 77). Plaintiffs shall file another status report with the court by January 17, 2020.

**IT IS SO ORDERED.**

Dated this 18th day November, 2019.

>  */s/ Clare R. Hochhalter*
>  Clare R. Hochhalter, Magistrate Judge
>  United States District Court