# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Trinity Hospitals, Inc., and Trinity Health, Inc., | ) ) ) |
| Plaintiffs, | ) **ORDER** ) |
| vs. | ) ) |
| The Markham Group, LLC, Bruce Sinclair, Christopher Todd Coon, and Doe No. 1, | ) ) Case No. 1:17-cv-237 ) ) |
| Defendants. | ) ) |

On January 16, 2020, plaintiffs filed a status report advising they have made contact with Mr. Coon and are working with him to ascertain the identity of "Doe No. 1." Citing logistical issues in scheduling a conference with Mr. Coon, they request an additional sixty days to identify "Doe No. 1."

The court **GRANTS** plaintiffs' request (Doc. No. 77). Plaintiffs shall file another status report with the court by March 20, 2020.

**IT IS SO ORDERED.**

Dated this 17th day January, 2020

                                                           */s/ Clare R. Hochhalter*
                                                           Clare R. Hochhalter, Magistrate Judge
                                                           United States District Court