# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Trinity Hospitals, Inc., and<br>Trinity Health, Inc., | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| The Markham Group, LLC, Bruce<br>Sinclair, Christopher Todd Coon,<br>and Doe No. 1, | ) ) ) ) | Case No. 1:17-cv-237 |
| Defendants. | ) ) | |

On March 20, 2020, plaintiffs filed a status report advising they have made contact with Mr. Coon and are working with him to ascertain the identity of "Doe No. 1." Citing additional delay due to COVID-19 precautions and travel restrictions in scheduling a deposition of Mr. Coon, they request an additional 90 days to do so.

The court **GRANTS** plaintiff's request (Doc. No. 82). Plaintiffs shall file another status report with the court by July 12, 2020.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2020.

                                                        */s/ Clare R. Hochhalter*
                                                        Clare R. Hochhalter, Magistrate Judge
                                                        United States District Court